# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gettleman, Robert W. | U. S. District, N.D. Illinois | 06/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (active) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

219 S. Dearborn St.
Chambers 1788
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | General Partner: Bob Jo Investments (passive investment partnership with Joel Rubin in single real estate venture; we each own 50% of one (contd. Part VIII). |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Northwestern University School of Law; taught courses | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | LCSW, Private Social Work Practive |
| 2. 2011 | Teachers' Retirement Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 05/12/2011-05/15/2011 | Miami, Florida | Litigation Magazine Editorial Board Meeting | food, lodging, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Citibank (Chicago) | A | Interest | J | T | | | | | |
| 2.  Bob Jo Investments (Real Estate) | | None | J | U | | | | | |
| 3.  Morgan Stanley Liq. Asset Fund | A | Interest | J | T | | | | | |
| 4.  MS Natural Resourses | A | Dividend | K | T | | | | | |
| 5.  Morgan Stanley Active Assets Money Trust | C | Interest | L | T | | | | | |
| 6.  Ill. St. Civic CTR REF-SPL (Bond) | A | Interest | J | T | | | | | |
| 7.  Illinois St. Gen. Oblig. (Bond) | A | Interest | J | T | | | | | |
| 8.  Ill. Health Facs. Auth. (Bond) | A | Interest | J | T | | | | | |
| 9.  Sacred Silks | A | Dividend | J | T | | | | | |
| 10.  Eldorado Gold CP | A | Dividend | J | T | | | | | |
| 11.  Palatine GO | A | Interest | | | Redeemed | 06/01/11 | J | | |
| 12.  Schering Plough Corp | A | Interest | | | Sold | 12/30/11 | J | | |
| 13.  Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 14.  ING Plus | A | Dividend | J | T | | | | | |
| 15.  GE Money BK | A | Dividend | J | T | | | | | |
| 16.  MS Bank CD | A | Dividend | J | T | | | | | |
| 17.  Giga Tronics | A | Dividend | J | T | Buy | 02/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Start of IRA American Mutual Fund | | | | | | | | | |
| 19. Amer. FDS Cap. Bldrs. | C | Dividend | K | T | | | | | |
| 20. Morgan Stanley Growth Fund of Amer. | C | Dividend | K | T | | | | | |
| 21. U.S. Treas. Bonds | A | Interest | L | T | | | | | |
| 22. Morgan Stanley U.S. Govt. Sec. | C | Dividend | M | T | | | | | |
| 23. Morgan Stanley Liq. Asset Fund | B | Dividend | K | T | | | | | |
| 24. Morgan Stanley European Growth | A | Dividend | K | T | | | | | |
| 25. Morgan Stanley Pacific Growth B | A | Dividend | J | T | | | | | |
| 26. Financing Corp CPN Strips Ser 1 INT PMT 10.000 2018 | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 27. Microvision Inc (Wash) | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 28. Putnam Health Science Trust | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 29. Sacramento Cnty Calif Go Pens FDG-A Taxable OY 7.53 BE | A | Dividend | J | T | | | | | |
| 30. Tenn VY Auth 6.75% 6-1-28 SR D | A | Dividend | J | T | | | | | |
| 31. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 32. Coeur D. Alene Mns Cp | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 33. Sun Microsystems, Inc. | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 34. SLM Corp Ser CPI/Floater | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intl Bk for Recon & Dev | A | Dividend | J | T | | | | | |
| 36. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 37. Raytheon Co (New) | A | Dividend | J | T | | | | | |
| 38. Freescale Semi Inc. CLA | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 39. GMAC Bank CD | A | Interest | J | T | | | | | |
| 40. Deutsche Telekon ORD ABS AGI | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 41. Devon Energy Corp New | A | Dividend | J | T | | | | | |
| 42. Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 43. Intel Corp | A | Dividend | J | T | | | | | |
| 44. Isis Pharm Inc. | A | Dividend | J | T | | | | | |
| 45. Sanofi Aventis Ads | A | Dividend | J | T | | | | | |
| 46. Seabridge Gold Inc | A | Dividend | J | T | | | | | |
| 47. Streetracks DJ Global Titans | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 48. Tibco Software Inc. | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 49. Bank Hapoalim Fid | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 50. American Mutual A | A | Interest | J | T | | | | | |
| 51. Columbia Global Value B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Agnico Eagle Mines | A | Dividend | J | T | | | | | |
| 53. Anglo American PLC ADR New | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 54. Banro Corp | A | Dividend | J | T | | | | | |
| 55. Barrick Gold | A | Dividend | J | T | | | | | |
| 56. Dresser Rand | A | Dividend | J | T | | | | | |
| 57. Echelon | A | Dividend | J | T | | | | | |
| 58. Elderado Gold | A | Dividend | J | T | | | | | |
| 59. Novagold | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 60. Silver Wheaton Corp | A | Dividend | J | T | | | | | |
| 61. Symyx Technologies | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 62. Goldman Sachs GRP Inc | A | Dividend | J | T | | | | | |
| 63. Kinross Gold Corp New | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 64. Market Vectors Gold Mines | A | Dividend | J | T | | | | | |
| 65. Royal Gold Inc. | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 66. Sequenom Inc New | A | Dividend | J | T | | | | | |
| 67. Tenet Healthcare Corp | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 68. Morgan ST III Cum | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Yamana Gold Inc. | A | Dividend | J | T | | | | | |
| 70. Chicago Go-E3D BE | A | Dividend | J | T | | | | | |
| 71. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 72. Windstream Corp | A | Dividend | J | T | | | | | |
| 73. BP PLC ADS | A | Dividend | J | T | | | | | |
| 74. Genuine Parts Co | A | Dividend | J | T | | | | | |
| 75. Bunge Ltd | A | Dividend | J | T | | | | | |
| 76. Iamgold Corp. | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 77. Idacorp, Inc. | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 78. IBM (mistakenly listed as IMB on 2010 report) | A | Dividend | J | T | | | | | |
| 79. Kinross Gold Corp | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 80. L-1 Identity Solutions | A | Dividend | | | Sold | 12/30/11 | J | A | |
| 81. Procter & Gamble | A | Dividend | J | T | | | | | |
| 82. Protective Life | A | Dividend | J | T | | | | | |
| 83. Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 84. Rubicon Minerals | A | Dividend | J | T | | | | | |
| 85. Waste Management | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Aqua Amer Inc | A | Dividend | J | T | | | | | |
| 87. Echelon (ELON) | A | Dividend | J | T | | | | | |
| 88. Frontier Commun Corp | A | Dividend | J | T | | | | | |
| 89. Kansas City Life Ins. | A | Dividend | J | T | | | | | |
| 90. Verizon Comm | A | Dividend | J | T | | | | | |
| 91. Calif St. Genl Oblig | A | Interest | J | T | | | | | |
| 92. Invesco Comm Strat | A | Dividend | J | T | | | | | |
| 93. Thornburg Inv. Inc. | A | Dividend | J | T | | | | | |
| 94. ASA Gold and Precious Metals (ASA) | A | Dividend | J | T | Buy | 12/15/11 | J | | |
| 95. Check Point Sofware Tech Ltd. (CHPK) | A | Dividend | J | T | Buy | 11/29/11 | J | | |
| 96. Giga Tronics (GUGA) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 97. Inergy LP (NRGY) | A | Dividend | J | T | Buy | 12/11/11 | J | | |
| 98. Ivanhoe Mines Ltd (IVN) | A | Dividend | J | T | Buy | 12/20/11 | J | | |
| 99. U.S. Gold Corp (UXG) | A | Dividend | J | T | Buy | 04/16/11 | J | | |
| 100. Albuquerque Bernalillo Cnty Wtr Util Au N M JT WTR Rev-A-1 | A | Interest | J | T | Buy | 06/23/11 | J | | |
| 101. Will Cnty Ill Cmnty Cons Sch Dist No. 30-C Ser B | A | Interest | J | T | Buy | 05/31/11 | J | | |
| 102. Baltimore Cnty MD Genl Oblig Ref Met Dist | A | Interest | J | T | Buy | 05/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. San Diego Cnty Calif Wtr Auth Fing Agy Wtr Rev-A | A | Interest | J | T | Buy | 03/29/11 | J | | |
| 104. San Antonio Tex Wtr Sys Rev Ref | A | Interest | J | T | Buy | 01/25/11 | J | | |
| 105. 3M Company (MMM) | A | Dividend | J | T | Buy | 12/12/11 | J | | |
| 106. Accelrys Inc (ACCL) | A | Dividend | J | T | Buy | 12/12/11 | J | | |
| 107. AGL Recources Inc (GAS) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 108. Amer Nat Ins Co (ANAT) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 109. Calamp Corp (CAMP) | A | Dividend | J | T | Buy | 03/21/11 | J | | |
| 110. Cisco Sys Inc (CSCO) | A | Dividend | J | T | Buy | 01/11/11 | J | | |
| 111. Clorox CO DE (CLX) | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 112. Colgate Palmolive Co (CL) | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 113. Compass Div TR SHS Beneficial (CODI) | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 114. Corsite Realty Corp (COR) | A | Dividend | J | T | Buy | 01/17/11 | J | | |
| 115. Covidien PLC New (COV) | A | Distribution | J | T | Buy | 02/01/11 | J | | |
| 116. Goldcorp Inc (GG) | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 117. Health Care Reit Inc (HCN) | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 118. Honda Motor Company Ltd ADR (HMC) | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 119. Johnson & Johnson | A | Dividend | J | T | Buy | 03/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Maxim Integrated Products Inc (MXIM) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 121. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 122. Monsanto CO/New (MON) | A | Dividend | J | T | Buy | 01/28/11 | J | | |
| 123. Rackspace Hosting Inc Com (RAX) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 124. Seadrill Ltd (SDRL) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 125. SPDR Global Dow ETF (DGT) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 126. Talisman Energy Inc (TLM) | A | Dividend | J | T | Buy | 06/01/11 | J | | |
| 127. Toyota Motor CP ADR New (TM) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 128. UIL Hldgs Corp (UIL) | A | Dividend | J | T | Buy | 01/03/11 | J | | |
| 129. United Fire & Casualty (UFCS) | A | Dividend | J | T | Buy | 01/03/11 | J | | |
| 130. Vector Group LTD (VGR) | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 131. Weatherford International LTD (WTF) | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 132. Xilinx Inc (XLNX) | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 133. New York City Genl Oblig Ser-F Subseries F-1 Build America | A | Interest | J | T | Buy | 12/21/11 | J | | |
| 134. Pennsylvania St Build America Bond | A | Interest | J | T | Buy | 12/23/11 | J | | |
| 135. New York St Mun Bd Bk Agy Recovery Act Build America | A | Interest | J | T | Buy | 12/30/11 | J | | |
| 136. New York City Go Build America C-1 | A | Interest | J | T | Buy | 10/20/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 06/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Agreements.

No. 1 : limited partnership interest).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Gettleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544